| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) <br><br> Cabranes, Jose A | 2. Court or Organization <br><br> U.S. Court of Appeals - 2d Cir | 3. Date of Report <br><br> 5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type) <br><br> ○ Nomination   Date <br><br> ○ Initial   ● Annual   ○ Final | 6. Reporting Period <br><br> 1/1/2003 <br> to <br> 12/31/2003 |
| 7. Chambers or Office Address <br><br> U.S. Courthouse <br> 141 Church Street <br> New Haven, CT  06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.  Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See "Attachment A" hereto | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 11 P 12:21 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours. not spouse's) |
|---|---|---|---|
| 1. | 2003 | Case-Western Reserve University Law School (approved teaching) | $5000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Yale University |
| 2. | 2003 | Regents of the University of Colorado (honorarium). $1,000.00 |
| 3. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | See "Attachment B" hereto | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Apartment, Santurce, Puerto Rico | | Rent | K | W | | | | | |
| 2. Apartment, Santurce, Puerto Rico | | None | K | W | | | | | .. |
| 3. Apartment, Santurce, Puerto Rico | | None | K | W | | | | | ≥ ? |
| 4. Apartment, Santurce, Puerto Rico | | None | K | W | | | | | |
| 5. Fidelity Asset Manager | D | Dividend | L | T | | | | | |
| 6. Fidelity Blue Chip Growth Fund (IRA) | | Dividend | M | T | | | | | |
| 7. Fidelity Blue Chip Growth Fund (IRA) | | Dividend | | T | Sell -closed | 3/03 | K | 0 | Transfer to US Gov't Thrift |
| 8. Missouri Zero Coupon College Savings Bond | A | Interest | J | T | | | | | |
| 9. CT Higher Education Trust | | Dividend | J | T | | | | | |
| 10. CT Higher Education Trust | | Dividend | K | T | | | | | |
| 11. New Haven Savings Bank Account | A | Interest | J | T | | | | | |
| 12. Citizens Bank Checking Account | A | Interest | K | T | | | | | |
| 13. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 14. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 15. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 16. Citizens Bank Money Market Account | A | Dividend | K | T | | | | | |
| 17. May Department Stores Co. | A | Dividend | K | T | | | | | |
| 18. May Department Stores Co. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,000-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. TIAA-CREF Annuity | C | Annuity | J | T | | | | | |
| 20. See "Attachment C" hereto | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cabranes. Jose A | 5/7/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Please note that the items appearing in VII. 9 and 10 of this report, were inadvertently omitted from my 2001 and 2002 Financial Disclosure Reports.

Please note that the reference on Attachment A.I (Positions) to membership on the Advisory Board of El Museo del Barrio, New York, NY, was inadvertently omitted from my 2000, 2001 and 2002 Financial Disclosure Reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████     Date __5/7/04__

NOTE: A████████████████████████ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 7, 2004

FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003

ATTACHMENT A

I.    Positions

Trustee of Columbia University, New York, NY

Trustee of the William Nelson Cromwell Foundation, New York, NY

Member of the Academic Advisory Committee of the Institute for Constitutional
        Studies, Washington, DC

Member of the Advisory Board of El Museo del Barrio, New York, NY (a museum
        dedicated to Hispanic art and culture).   (Resigned April 28, 2003)

Attorney-in-fact for ████████ under a "Durable General Power of Attorney"
        executed May 16, 1988 and "protocolized" under the laws of the
        Commonwealth of Puerto Rico.


Note: No income of any kind was derived from any of the "positions" or services or
        activities noted in this Attachment A.

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 7, 2004


FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003

ATTACHMENT B

IV.    Reimbursements - transportation, lodging, food, entertainment:

Source                          Description

1. Columbia University          Meals, and the cost of transportation and (where indicated) lodging, to and from New York in connection with my duties as a Columbia trustee at each of the following meetings of the Board of Trustees or its committees in New York:

February 3, 2003
February 28-March 1, 2003 (lodging also)
May 21, 2003
May 22, 2003
July 15, 2003
October 3, 2003
October 4, 2003
November 3, 2003

2. Univ. of Notre Dame
   School of Law               Meals and the cost of transportation and lodging, to and from University of Notre Dame School of Law, in connection with judging a Moot Court Competition.

February 19-21, 2003

3. Case Western Reserve
   University Law School       Meals and the cost of transportation, to and from Case Western Reserve University, in connection with delivery of the annual Canary Lecture (approved teaching).

April 7-9, 2003

-1-

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 7, 2004


FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003

ATTACHMENT B

IV.   Reimbursements - transportation, lodging, food, entertainment:

Source                         Description

4.  George Mason University  Meals received during attendance at lectures on Thucycides
     Law & Economics Center  held in New Haven, CT.

                                 June 26-29, 2003.

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 7, 2004


FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003


ATTACHMENT C

VIII. Additional information or explanations. (Indicate part of Report).


VII, 1, 2, 3, 4, 6, 7, 9, 10:   Absent the ability to write "none" or "zero" on this computer form, no entry appears under B(1) for each of these entries, signifying that no "income" was obtained for these assets.

VII, 1:      No net income derived from apartment.


VII, 2, 3, 4: I own what Puerto Rico law characterizes as an "undivided interest" of 25% of the title and the value of each of three apartments in Puerto Rico as a result of a testamentary disposition. I have no beneficial interest in any rental arrangements for the two studio apartments (VII, 3, 4) and I derive no income from them. No income is derived by me or anyone else from the two-bedroom apartment (VII, 2).

VII, 7:      One Fidelity Blue Chip Growth Fund account was closed in March 2003 and all sums therein were transferred to my U.S. Government Thrift Savings Plan account.


-1-